■
**In re the Marriage of David J. GOLDBERG, Appellant,**

v.

**Lisa Ann BURNS, f/k/a Lisa Ann Goldberg, Respondent.**

No. 73113.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 17, 1998.

David A. Bloch, St. Louis, for appellant.

Lawrence Wittels, Clayton, for respondent.

Richard J. Eisen, St. Louis, guardian ad litem.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

David J. Goldberg appeals from the trial court's judgment entered on his motions to modify and Lisa Ann Burns's motion to modify the parties' decree of dissolution. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).